IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINTON MORRIS REDDICK,**<br>　　　　　　　　　　Petitioner,<br>　　v.<br>**T. FELKER,**<br>　　　　　　　　　　Respondent. | Case No. CIV S-07-1147 JAM KJM P<br>**ORDER** |

　　Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before April 13, 2009 (Docket No. 27).

Dated: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

1