IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINTON MORRIS REDDICK,** | Case No. CIV S-07-1147 JAM KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKER,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before May 13, 2009 (docket no. 29).

Dated: April 17, 2009.

_____
U.S. MAGISTRATE JUDGE

1

[Order (CIV S-07-1147 JAM KJM P)]