IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINTON MORRIS REDDICK,

    Petitioner,                    No. CIV S-07-1147 JAM KJM P

    vs.

T. FELKER,

    Respondent.                ORDER

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. The undersigned has received from the California Court of Appeal transcripts of hearings held on August 6 and August 12, 2003 in the Superior Court of Sacramento County. During the hearings, held pursuant to People v. Marsden, 2 Cal.3d 118 (1970), petitioner asked that his court-appointed trial counsel be replaced because, among other things, petitioner was not satisfied with the representation provided. On May 29, 2009, respondent filed a motion seeking access to the transcripts. Counsel for respondent asserts that she requires access in order to adequately defend against petitioner's claim that his trial counsel was ineffective in violation of the Sixth Amendment by not calling Regina Reddick as a witness at petitioner's trial.

1  Good cause appearing, IT IS HEREBY ORDERED that petitioner is granted
2  twenty days within which to indicate whether he opposes respondent's request for access to the
3  transcripts of the hearings held on August 6 and August 12, 2003 in the Superior Court of
4  Sacramento County pursuant to <u>People v. Marsden</u>, 2 Cal.3d 118 (1970).  Petitioner's failure to
5  respond to this order will be deemed as a non-opposition to respondent's request.
6  DATED:  June 4, 2009.

_____
U.S. MAGISTRATE JUDGE

1
redd1147.sel